# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 3-06 0291 |
| .42 ACRES IN SUMNER COUNTY, TENNESSEE and WILLIAM SHERRON | ) ) ) ) ) | |
| Respondent. | ) | |

## AGREED ORDER GRANTING MIDWESTERN GAS TRANSMISSION COMPANY RIGHT-OF-WAY AND EASEMENT

It appears to the Court, as evidenced by the signature of counsel below, that the parties are in agreement that Midwestern Gas Transmission Company should be granted a right-of-way and easement through and across the property that is the subject matter of this lawsuit and as set forth in the Complaint and the amended exhibits thereto. All other matters have been settled between the parties. It is ordered that the Clerk of this Court is directed to close out the interest-bearing account with Bank of America, deposit the sums received from the account into the registry of the court in the principal amount of $4,800.00, plus all interest earned on the account less the registry fee, and disburse funds payable to Midwestern Gas Transmission Company c/o Lela Hollabaugh.

IT IS SO ORDERED.

Entered this the  7th  day of    May   , 2010.

_____
District Judge Aleta Trauger

Submitted for Entry:

s/Lela M. Hollabaugh
Lela M. Hollabaugh (#14894)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
(615) 244-6804 fax
lhollabaugh@wallerlaw.com

*Attorneys for Midwestern Gas Transmission Company*


s/Nathan Harsh
Nathan Harsh
Harsh, Parks & Harsh
123 Public Square
Gallatin, TN 37066-2885
(615) 452-4611
(615) 452-4372 fax

*Attorney for Defendants*